# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-10339-PA<br>Courtroom 9A<br><br>**ORDER REGARDING JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Having reviewed the Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41, filed by Plaintiff Brianna Bates and Defendant Ford Motor Company, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The above titled action is herein dismissed with prejudice.

Additional Orders:

_____

_____

_____

**IT IS SO ORDERED**

DATED: June 05, 2019

_____
HON. PERCY ANDERSON
Judge, United States District Court